No. 96–1358. OCHOA v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1404. LEWIS ET VIR v. ALAMANCE COUNTY. C. A. 4th Cir. Certiorari denied.

No. 96–1452. COLORADO ET AL. v. SANCHEZ ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–1454. ROSENSTIEL ET AL. v. RODRIGUEZ, CHAIR, MINNESOTA ETHICAL PRACTICES BOARD. C. A. 8th Cir. Certiorari denied.

No. 96–1456. LUNDQUIST v. PREMIER FINANCIAL SERVICES-TEXAS, L. P. C. A. 5th Cir. Certiorari denied.

No. 96–1459. PEDEN ET AL. v. KANSAS ET AL. Sup. Ct. Kan. Certiorari denied.

No. 96–1465. UNION PACIFIC RAILROAD CO. ET AL. v. COMSOURCE INDEPENDENT FOOD SERVICE COS., INC. C. A. 9th Cir. Certiorari denied.

No. 96–1466. COSENTINO ET AL. v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1471. MORGAN v. TEXAS UTILITIES ELECTRIC CO. C. A. 5th Cir. Certiorari denied.

No. 96–1472. HOLT v. JTM INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied.

No. 96–1475. TAVORA v. NEW YORK MERCANTILE EXCHANGE. C. A. 2d Cir. Certiorari denied.

No. 96–1477. TATREAU v. MINNESOTA BOARD OF MEDICAL PRACTICE. Ct. App. Minn. Certiorari denied.

No. 96–1478. WOOD, ADMINISTRATOR OF THE ESTATE OF BOURGEOIS, DECEASED v. GARNER FOOD SERVICES, INC., ET AL. C. A. 11th Cir. Certiorari denied.